PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW         WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7312

WRITER'S DIRECT FACSIMILE
(202) 204-7369

WRITER'S DIRECT E-MAIL ADDRESS
cgeise@paulweiss.com

DEC 1 8 2019

December 13, 2019

By ECF

SO ORDERED: 12/18/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Oscar Starker v. Nataliya Adamovych, et al., 15 Civ. 3691 (AJN) (RWL)

Dear Judge Nathan:

SO ORDERED

I represent defendant Nataliya Adamovych. On December 11, 2019, the Court granted the City Defendants' request for an extension of time to respond to Plaintiff's Motion to Vacate the November 5, 2019 Judgment (Dkt. 122) and Motion for Reconsideration (Dkt. 123) (together, the "Motions"), to January 16, 2020. (Dkt. 125.) I write to confirm that the January 16, 2020, deadline also applies to Ms. Adamovych's responses to the Motions or, in the alternative, to request similar extensions to January 16, 2020, in the interest of aligning the parties' deadlines.

This would be Ms. Adamovych's first request for an extension of these deadlines. Pursuant to Rule 5 of the Court's Special Rules of Practice in Civil *Pro Se* Cases, Ms. Adamovych's responses would otherwise be due January 2, 2020. Plaintiff has consented to extending Ms. Adamovych's time to respond to January 16, 2020.

Respectfully submitted,

/s/ *Crystal Johnson Geise*

Crystal Johnson Geise

cc:   Oscar Starker, *pro se*
      Angharad Wilson, Esq.

Doc#: US1:13410932v1